RECEIVED

JUN 18 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES OF AMERICA
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION 07-23 |
| VS. | JUDGE TUCKER L. MELANÇON |
| WALTER BONIN | MAGISTRATE JUDGE C. MICHAEL HILL |

### ORDER OF RECUSAL

Before the Court is the Magistrate Judge's Report and Recommendation entered on May 30, 2007 [Rec. Doc. 19]. As the defendant's conduct at issue in this proceeding involves another judicial officer of the Western District of Louisiana, pursuant to 28 U.S.C. § 455 (a), it is

ORDERED that this case is hereby referred to Chief Judge Richard T. Haik Sr. for reassignment to another United States District Judge not of this district.

Thus done and signed in Lafayette, Louisiana this 18th day of June, 2007.

Tucker L. Melançon
United States District Judge

COPY SENT
DATE 6-19-07
BY: CS
TO: TLM / PJ
CB
RTH