

RECEIVED
AUG 2 3 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | MISC. NO. 07-mc-0023[1] |
| --- | --- | --- |
| | | RELATED CASE: 06-mj-06636 |
| VERSUS | * | JUDGE DOHERTY |
| WALTER BONIN | * | MAGISTRATE JUDGE HILL |

## ORDER

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. Objections have been filed by both parties. A conference was held in Chambers on August 20, 2007 to hear argument on the objections. (See transcript for full details of the conference.)

The Court hereby adopts the factual statements contained in the Report and Recommendation, with the following modification:

- The Court GRANTS the government's second objection [Doc. 21, p.2] and incorporates that change to the Report and Recommendation into this ruling. The effect of this change is that the Court finds the Magistrate Judge in the Middle District of Tennessee did not have the psychiatric evaluation of Dr. Blackburn at the time of defendant's appearance in that Court.

With regard to the legal objections submitted by defense counsel:

- Defense objection number four is DENIED AS MOOT [Doc. 20-1, pp.2-3], as the Court has incorporated defense counsel's concerns (contained in that objection) into this Order, with the exception of defense counsel's suggestion the Attorney General "daily" seek the transfer of Mr. Bonin into the custody of the State of Louisiana. [Id. p. 3] The applicable statute reads, "The Attorney General shall make *all reasonable efforts* to cause such a State to assume such responsibility." 18 U.S.C. § 4246(d) (emphasis added). The Court will not interpret "all reasonable efforts" to mean "daily efforts."

All other objections by all parties are OVERRULED.

---

[1] Also related to this matter are cases pending in the U.S. District Court, Middle District of Tennessee: 3:03-mj-01074 and 3:04-cr-00013.

1

With exception of the above listed factual modification, the Court concludes the Report and Recommendation of the Magistrate Judge is correct, and therefore adopts the Report and Recommendation and the conclusions set forth therein. Accordingly;

**IT IS ORDERED** the defendant, Walter Bonin, is hereby committed to the custody of the Attorney General for continued treatment of his mental illness pursuant to 18 U.S.C. § 4246(d) until the State of Louisiana will assume responsibility for Mr. Bonin's custody, care and treatment (18 U.S.C. § 4246(d)(1)), or Mr. Bonin's mental condition is such that his release, or conditional release, would not create a substantial risk of bodily injury to another person, whichever is earlier (18 U.S.C. § 4246(d)(2)).

Additionally, 18 U.S.C. 4246(e) states in pertinent part:

> When the director of the facility in which a person is hospitalized pursuant to subsection (d) [as in this matter] determines that the person has recovered from his mental disease or defect to such an extent that his release would no longer create a substantial risk of bodily injury to another person or serious damage to property of another, he shall promptly file a certificate to that effect with the clerk of the court that ordered the commitment [in this matter, the United States District Court, Western District of Louisiana, Judge Rebecca F. Doherty]. ... The court shall order the discharge of the person or, ... shall hold a hearing ... to determine whether he should be released.

**DUE TO THE FOREGOING, IT IS FURTHER ORDERED** the clerk of court is to **REFER** any document, pleading, certificate, motion etc. involving the above-captioned matter to this Court and Judge - Judge Rebecca F. Doherty, Western District of Louisiana.

**IT IS FURTHER SUGGESTED** should it not be this Court who ultimately addresses the release of Mr. Bonin, the court presiding over the matter should make **EVERY EFFORT TO PROVIDE NOTICE TO MAGISTRATE JUDGE MILDRED E. METHVIN** of the Western District of Louisiana and to country music artist **GEORGE STRAIT. (See matter entitled United**

States of America v. Walter John Bonin, Jr., Docket No. 04-00013, Middle District of Tennessee.)

**IT IS FURTHER ORDERED** the United States Attorney General shall continue periodically to exert all reasonable efforts to cause the State of Louisiana to assume responsibility for Mr. Bonin's custody, care and treatment as required by 18 U.S.C. § 4246(d).

**IT IS FURTHER ORDERED** the United States Attorney General shall notify defense counsel, Lester J. Gauthier, Jr., as to which "suitable facility" defendant has been placed for treatment within thirty days after placement in such facility.

**IT IS FURTHER ORDERED** defendant is granted leave to file a motion seeking modification of this Order, should counsel believe a modification is warranted after defendant is "hospitalize[d] ... for treatment in a suitable facility." 18 U.S.C.§ 4246(d) (See transcript for further detail.)

**IT IS FURTHER ORDERED** counsel for the United States is to inquire as to the procedure followed by the United States Attorney General's office to ensure compliance with that aspect of 18 U.S.C. § 4246(d) which requires the Attorney General to "make all reasonable efforts to cause [the State of Louisiana] to assume such responsibility" for Mr. Bonin, and thereafter share that information with defense counsel and the Court.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 23 day of August 2007.

COPY SENT
DATE 8-23-07
BY CK
TO via fax: Alpert

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

3