# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE OPELOUSAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **MISC. NO. 07-0023** |
| **VERSUS** | * | **JUDGE DOHERTY** |
| **WALTER BONIN** | * | **MAGISTRATE JUDGE HILL** |

## MEMORANDUM ORDER

On August 19, 2008, the United States Court of Appeals for the Fifth Circuit issued its opinion in this case, in which the Court of Appeals reversed and remanded the case to this Court for the purpose of temporarily committing Walter Bonin to the custody of the Attorney General of the United States at the Federal Medical Center at Rochester, Minnesota, pursuant to 18 U.S.C. §§ 4241and 4247(b) so that the director of that facility can determine whether a certificate should issue pursuant to § 4246(a). The Court of Appeal held that this Court erred in its statutory interpretation of § 4246. The judgment in the case was issued as mandate by the Court of Appeal on September 10, 2008, and filed in this Court September 15, 2008. This memorandum order follows.

The defendant, Walter Bonin, has a long history of serious mental disease and disorder. The defendant has previously been held to be incompetent to stand trial, and unable to assist counsel in his defense. There is nothing in this record that would lead the undersigned to a contrary opinion, and the opinion of the Court of Appeals for the Fifth Circuit does not require this Court to hold any additional hearings on that issue. Accordingly;

**IT IS ORDERED**, that Walter Bonin be committed to the custody of the Attorney General of the United States, pursuant to 18 U.S.C.§ 4247(b) for placement at the facility in which he is presently housed, the Federal Medical Center at Rochester, Minnesota, for the purpose of determining whether a certificate should be issued under § 4246(a).

**The clerk of Court is directed to furnish a copy of this order immediately to the Director, Federal Medical Center, Rochester, Minnesota.**

September 18, 2008, Lafayette, Louisiana.

*C. Michael Hill*
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE